

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-19-00515-CV

**IN THE INTEREST OF J.T.H.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01512
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on September 30, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court